# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

VICTOR C. WILLIAMS                                                                                       PETITIONER

VS.                                    3:12CV00014 JMM/JTR

MIKE ALLEN,
Sheriff of Crittenden County                                                               RESPONDENT

## ORDER

Respondent has filed a Response (docket entry #8) to the habeas Petition arguing that it should be dismissed because: (1) Petitioner has failed to exhaust his claims in state court; and (2) the signature page of his habeas Petition is not verified under penalty of perjury as required by 28 U.S.C. § 2242.[1]

The Court concludes that a Reply to the Response would be helpful to the resolution of this action.

IT IS THEREFORE ORDERED THAT:

1.    Petitioner shall file a Reply, addressing the arguments raised in the Response (docket entry #8), **on or before April 27, 2012.**

2.    Petitioner shall file, **on or before April 27, 2012**, a document titled

---

[1] Petitioner did not file a form habeas Petition. The Petition is handwritten and his signature page lacks a verification. (Docket entry #1 at 3).

"Supplement to Habeas Petition" which contains the following statement: "I declare under penalty of perjury under the laws of the United States of America that: (1) I am the Petitioner; (2) that I have read the Petition filed in this case on January 17, 2012, or had it read to me; and (3) the information in the Petition is true and correct." The Supplement must be signed by Petitioner and indicate the date it was signed.

Dated this 4th day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE