# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

VICTOR C. WILLIAMS                                               PETITIONER

VS.                  3:12CV00014 JMM/JTR

MIKE ALLEN,
Sheriff of Crittenden County
                      RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus, under 28 U.S.C. § 2241 (docket entry #1) is DENIED, and this case is DISMISSED, WITHOUT PREJUDICE. IT IS FURTHER ORDERED that a Certificate of Appealability is DENIED.

Dated this 22nd day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE