# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

VICTOR C. WILLIAMS                                                                                          PETITIONER

VS.                                        3:12CV00014 JMM/JTR

MIKE ALLEN,
Sheriff of Crittenden County                                                                        RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this 22nd day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE